**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 04-1534**

—————————

NORMAN W. SHEARIN, JR.; ANN SHEARIN,

                              Debtors - Appellants,

        versus

STEPHEN L. BEAMAN,

                              Trustee - Appellee.

—————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. W. Earl Britt, Senior District Judge. (CA-03-773-5-BR; BK-96-3403-L)

—————————

Submitted: March 18, 2005        Decided: April 29, 2005

—————————

Before WILKINS, Chief Judge, and WIDENER and TRAXLER, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Michael P. Cotter, VANDEVENTER BLACK, L.L.P., Norfolk, Virginia; Norman W. Shearin, Jr., VANDEVENTER BLACK, L.L.P., Kitty Hawk, North Carolina, for Appellants. Charlene Boykin King, KING & KING, L.L.P., Wilson, North Carolina; Stephen L. Beaman, Wilson, North Carolina, for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

This is the third appeal in this case, all of which appeals are largely concerned with the interest of the debtor, Norman W. Shearin, Jr., in the law firm in which he is a member. The previous appeals are: In re: Shearin, 224 F.3d 346 (4th Cir. 2000); and In re: Shearin, 224 F.3d 353 (4th Cir. 2000), both of which affirmed the judgment of the district court.

In the present case, we have considered the record, the briefs of the parties, and the opinions of the bankruptcy court and the district court. We are of opinion the judgment of the district court is correct and should be affirmed.

Accordingly, for the reasons expressed in the opinions of the bankruptcy court, Norman W. Shearin, Jr. and Anne S. Shearin, Debtors, No. 96-03403-8-JRL, (Bankr. E.D.N.C. July 22, 2003), and In re: Norman W. Shearin, Jr. and Ann S. Shearin v. Stephen L. Beaman, Trustee, No. 5:03-CV-773-BR, (E.D.N.C. March 17, 2004), the judgment of the district court is

AFFIRMED.

2